*341]    \*AT NISI PRIUS, IN PHILADELPHIA, FEBRU-
ARY 1807.

CORAM—YEATES, JUSTICE.

# John Cooper, surviving partner of Thomas Cooper, *against* John Morrel.

Invoice book of an agent, not evidence of the sale and delivery of goods.

INDEBITATUS *assumpsit* for goods sold and delivered.

The plaintiffs were merchants in Birmingham in Great Britain, and sold the goods in question to the defendant, through the agency of one Charles Gillchreest who delivered them.

The invoice book of Gillchreest was offered in evidence, but objected to, because on the face of it no contract is proved thereby, and it appears to be but a copy of the invoices sent by the plaintiffs from England.

And *per Cur.* It cannot be admitted under any usage which has ever prevailed. The entries are headed " Birmingham," and are plainly copies. It proves no delivery of the goods to the defendant, by Gillchreest. The day book containing the original transactions as they occurred, proved on oath or admitted, must

be produced, or parol evidence given of the delivery of the mer chandize.

The parties hereupon agreed to submit the dispute to referees, and the jury were discharged by consent.

Mr. M'Shane, *pro quer.*

Mr. Milnor, *pro def.*

Cited in 100 Pa. 100; 12 W. N. C. 213, as an exception to the general rule that books of original entries, properly proved, are evidence of work and labor performed, and of goods sold and delivered.